Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-226**

**Effective Date of Registration:**
May 22, 2025

**Registration Decision Date:**
July 25, 2025

## Title

| | |
|---|---|
| Title of Work: | Warm Coals |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | May 01, 2012 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | John Fawcett |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | John Fawcett<br>320 Summit Dr., Abbottstown, PA, 17301, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | John Fawcett |
| Email: | john@johnfawcettstudio.com |
| Address: | 320 Summit Dr.<br>Abbottstown, PA 17301 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 22, 2025 |
| Applicant's Tracking Number: | JF2025050601 |

Page 2 of 2

